## HALPERN v. LOHR et al.
### No. 9370.

United States Court of Appeals
District of Columbia.

Argued Oct. 13, 1947.

Decided Oct. 20, 1947.

Mr. Isadore H. Halpern, of Washington, D. C., with whom Mr. Benjamin B. Brown, of Washington, D. C., was on the brief, for appellant.

Mr. Irving B. Yochelson, of Washington, D. C., for appellees.

Before EDGERTON, Associate Justice, MARIS, Circuit Judge, and WILBUR K. MILLER, Associate Justice.

PER CURIAM.

Appellant's complaint asked for an injunction to restrain foreclosure proceedings in Maryland, for money judgments, and for incidental relief. The defendant Citizens Bank is a Maryland corporation and was not properly served with process in the District of Columbia. The complaint states no claim on which relief could be granted against the other defendants. Accordingly the District Court rightly quashed service on the Bank and dismissed the complaint as to the other defendants.

Affirmed.

## William ATHANAS, Appellant, v. Rosie M. COAN, a Minor, by Eva R. Coan, her Mother and Next Friend, and Eva R. Coan, Appellees.
### No. 9493.

United States Court of Appeals
District of Columbia.

Argued Oct. 14, 1947.

Decided Oct. 20, 1947.

Mr. William T. Pace, of Washington, D. C., with whom Messers. Robert W. McCullough and Samuel Gordon, both of Washington, D. C., were on the brief for appellees.

Mr. Richard R. Atkinson, of Washington, D. C., with whom Mr. E. Lewis Ferrell, of Washington, D. C., was on the brief, for appellees.

Before EDGERTON, Associate Justice, MARIS, Circuit Judge, and PRETTYMAN, Associate Justice.

PER CURIAM.

This is an appeal by the defendant from a judgment for the plaintiffs in an action for personal injuries. Appellant attacks the sufficiency of the evidence and the conduct of appellees' counsel. We find no error in either respect.

Affirmed.